IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA A. McCOLM,                              No. 2:12-cv-1984-MCE-CMK

    Plaintiff,

  vs.                                                            ORDER

TRINITY COUNTY, et al.,

    Defendants.

_____/

    Plaintiff, proceeding pro se, brings this civil action. The court is in receipt of plaintiff's motion for relief and exhibits in support thereof. Plaintiff has requested the documents provided as exhibits in support of her motion be filed under seal as they contain private and confidential medical information. This request is granted and the Clerk of the Court is directed to filed the documents received on July 20, 2017, under seal.

    IT IS SO ORDERED.

DATED: August 11, 2017

                                                                                                 **CRAIG M. KELLISON**
                                                                                                  UNITED STATES MAGISTRATE JUDGE