UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM,<br><br>  Plaintiff,<br><br>  v.<br><br>TRINITY COUNTY, et al.,<br><br>  Defendants. | No. 2:12-cv-01984 MCE AC (PS)<br><br>ORDER |

Plaintiff is proceeding in this action pro se and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 20, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 43. Plaintiff has filed objections to the findings and recommendations, accompanied by medical records filed under seal. ECF Nos. 49, 52.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 20, 2019 (ECF No. 43), are ADOPTED IN FULL;

2. The First Amended Complaint (ECF No. 38) is DISMISSED with prejudice for failure to state a claim; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: October 11, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE