UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM,<br><br>   Plaintiff,<br><br>   v.<br><br>TRINITY COUNTY, et al.,<br><br>   Defendants. | No. 2:12-cv-01984-MCE-AC<br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On November 13, 2019, plaintiff filed a Motion to Amend. ECF No. 55. Plaintiff's case was closed on October 15, 2019. ECF No. 54. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's motion at ECF No. 55 will not be considered.

DATED: November 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE