UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. McCOLM, | No. 2:12-cv-01984 MCE AC PS |
| Plaintiff, | |
| v. | ORDER |
| TRINITY COUNTY, et al., | |
| Defendants. | |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On November 22, 2019, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 58. Plaintiff filed objections to the findings and recommendations. ECF No. 59.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 22, 2019 (ECF No. 58), are

1

ADOPTED in full;

    2. Plaintiff's motion to amend (ECF No. 55), which is construed as a motion for relief from judgment, is DENIED; and

    3. The Clerk of the Court is directed to close the case.

    IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE